**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ERIC EMERSON                                                                                        PLAINTIFF

V.                                      NO: 4:12CV00506 BRW

BRIAN S. MILLER                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of August, 2012.


                                                        /s/Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE